ROBERT WARD *v.* COMMISSIONER OF CORRECTION

The petitioner Robert Ward's petition for certification for appeal from the Appellate Court, 117 Conn. App. 901 (AC 30343), is denied.

NORCOTT, J., did not participate in the consideration of or decision on this petition.

*Kenneth Paul Fox*, special public defender, in support of the petition.

*Frederick W. Fawcett*, special deputy assistant state's attorney, in opposition.

Decided December 9, 2009

---

STATE OF CONNECTICUT *v.* DONALD G. BEAULIEU

The defendant's petition for certification for appeal from the Appellate Court, 118 Conn. App. 1 (AC 30104), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Lisa J. Steele*, special public defender, in support of the petition.

*James A. Killen*, senior assistant state's attorney, in opposition.

Decided December 9, 2009